PD-1174-15

PD-1174-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/10/2015 11:40:15 AM
Accepted 9/14/2015 12:23:13 PM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| **HENRY ANDRE WINZER** | § | **IN THE COURT OF CRIMINAL APPEALS** |
| | § | |
| **v.** | § | **STATE OF TEXAS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES,** the Appellant, HENRY ANDRE WINZER, and moves for an extension of time to file the Appellant's Petition for Discretionary Review in this case, and in support thereof would show the following:

I.

a.  This case is pending below in the 422nd District Court of Kaufman County, Texas under Cause No. 14-00334-422-F, styled *State of Texas v. Henry Andre Winzer.* It is also pending in the Dallas Court of Appeals under case number 05-14-01079-CR.

b.  Appellant was convicted of Aggravated Assault with a Deadly Weapon and sentenced to 5 years imprisonment in the Texas Department of Criminal Justice. The judgment date was July 30, 2014. On August 18, 2015, the Court of Appeals affirmed the conviction.

c.  The deadline for filing the Appellant's Petition for Discretionary Review was September 17, 2015.

d.  Appellant requests an extension until October 17, 2015, to file the Petition for Discretionary Review.

e.  The reason for this request is that during the last few weeks counsel has been working on the following:

1.  Filing of Petition for Writ of Certiorari in *Robert Blake Adams v. William Stephens, Director, TDCJ-ID*, with the United States Court of Appeals.

**Motion for Extension of Time to File Appellant's Petition for Discretionary Review - Page 1**

2. Petition for Discretionary Review in *Todd Allen Reich v. State of Texas*, No. PD-1081-15, in the Texas Court of Criminal Appeals.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Motion be granted.

Respectfully submitted,

/s/ Gary A. Udashen
GARY A. UDASHEN
Texas State Bar No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 fax

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Extension of Time to File Appellant's Petition for Discretionary Review was electronically delivered to the Kaufman County District Attorney's Office, 100 W. Mulberry, Kaufman, Texas 75142, and to the State Prosecuting Attorney, P. O. Box 12405, Austin, Texas 78711, on this the 10th day of September, 2015.

/s/ Gary A. Udashen
GARY A. UDASHEN